# Mathis *v.* The State.

### *Arson.*

(Decided November 26, 1913.   63 South. 737.)

*Appeal and Error; Review; Quashing Venire.*—The overruling of defendant's motion to quash the venire served on him, based on grounds dehors the record proper must be presented by bill of exceptions, and unless so presented cannot be reviewed.

APPEAL from Lee Law and Equity Court.
Heard before Hon. LUM DUKE.
Taylor Mathis was convicted of arson and he appeals.   Affirmed.

J. E. HENRY, for appellant.   No brief reached the Reporter.

R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.   The matters made the basis for quashing the venire are dehors the record, and can be presented only by bill of exceptions.   There is no bill of exceptions in the record.

WALKER, P. J.—As there is no bill of exceptions in this case, the action of the court in overruling a

motion, which is set out in the record, made by the defendant, to quash the venire of jurors served upon him on grounds dehors the record 'proper is not presented for review on this appeal.—*Kimbell v. State,* 165 Ala. 118, 51 South. 16; *Harris v. State,* 4 Ala. App. 51, 58 South. 759.

No error is found in the record.

Affirmed.